# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE MINIX,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　Defendant.<br>_____/ | CASE NO. 1:06-cv-01647-AWI-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc.1) |

Plaintiff Charlie Minix ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this action pursuant to the Federal Torts Claims Act. Plaintiff filed this action on November 13, 2006. The Court has screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under the Federal Torts Claims Act against Defendant for negligence. Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　1.　　Service is appropriate for the following defendant:

　　　　　　　　UNITED STATES

　　2.　　The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Complaint filed November 13, 2006.

　　3.　　Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

1

1  Court with the following documents:

2      a. Completed summons;

3      b. One completed USM-285 form for Defendant listed above; and

4      c. Two (2) copies of the endorsed Complaint filed November 13, 2006.

5  4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

9  5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **January 8, 2009**       /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE