UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE MINIX, | 1:06-cv-001647 AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| vs. | |
| UNITED STATES OF AMERICA, | (Motion #13) |
| Defendant. | SIXTY-DAY DEADLINE |

On March 30, 2009, defendant filed a motion to extend time to respond to the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant is granted sixty (60) days from the date of service of this order in which to respond to the complaint.

IT IS SO ORDERED.

**Dated: April 16, 2009**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE