# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE MINIX, | 1:06-cv-01647-AWI-SMS-PC |
|         Plaintiff, | ORDER DENYING MOTION FOR STAY (Doc. 27.) |
|   v. | |
| UNITED STATES OF AMERICA, | |
|         Defendant. | |

Charlie Minix ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 12, 2009, plaintiff filed a motion to stay the court deadlines in this action, due to his current housing situation. (Doc. 27.) Plaintiff states that he is due to be transferred to a correctional facility in Kentucky, but because of an outbreak of the flu at his present facility, he will not be transferred for at least two weeks.

The court has reviewed plaintiff's file, and there are no court deadlines pending for plaintiff during the next several weeks. In fact, the next deadline in this action is for *defendant* to file an unenumerated Rule 12(b) motion by October 15, 2009.

The court does not find sufficient cause to stay the deadlines in this action. The court does not lightly stay litigation, as defendants may be prejudiced by a stay. Also, plaintiff has not alleged that he is without the ability to litigate this action at his present facility while he awaits transfer. Moreover, hundreds of inmate litigants are in the same or similar circumstances as

plaintiff and continue to participate in their litigation.  Should plaintiff need additional time to meet a particular court deadline, plaintiff may file a motion for extension of time for the court's consideration at that time.

     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to stay the deadlines in this action is DENIED.

IT IS SO ORDERED.

**Dated:   August 13, 2009**               /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE