1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11  CHARLIE MINIX,                                        1:06-cv-01647-AWI-SMS-PC

12                  Plaintiff,                   ORDER DENYING MOTION FOR NEW
                                                 DEADLINES
13          v.                                   (Doc. 29.)

14  UNITED STATES OF AMERICA,

15                  Defendant.
                                          /
16

17          Charlie Minix ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

18  this civil rights action pursuant to 42 U.S.C. § 1983.  On September 18, 2009, plaintiff filed a

19  motion for new deadlines in this action.  (Doc. 29.)  Plaintiff has not shown good cause for new

20  deadlines.  Plaintiff states that he has moved, but he gives no reason he requires new deadlines.

21  None of plaintiff's current deadlines is due to immediately expire.  Therefore, plaintiff's motion

22  shall be denied.

23          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for new deadlines in this

24  action is DENIED.

25

26  IT IS SO ORDERED.

27  **Dated:    September 22, 2009**          _____ **/s/ Sandra M. Snyder** _____
                                                UNITED STATES MAGISTRATE JUDGE
28